UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:8:14-cv-2987-T-36MAP

HOWARD COHAN,

    Plaintiff,

vs.

NORTH SUNRISE MOTEL II LLC, d/b/a
NORTH SUNRISE MOTEL

    Defendant(s).
_____/

## PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 3.08(a), hereby gives notice that Plaintiff and Defendant have reached an agreement for settlement, and are in the process of finalizing the settlement agreement.

Dated: April 15, 2015

          **WEISS LAW GROUP, P.A.**
          *Attorneys for Plaintiff*
          5531 N. University Drive
          Suite 103
          Coral Springs, FL 33067
          Tel: (954) 573-2800
          Fax: (954) 573-2798

    BY:   /s/ Peter S. Leiner
          Jason S. Weiss
          Jason@jswlawyer.com
          Florida Bar No. 356890
          Peter S. Leiner
          Peter@jswlawyer.com
          Florida Bar No. 104527

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of April, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on Michael P. Switsak, Esq. at Mswistak@swistaklevine.com via transmission of Notices of Electronic Filing generated by CM/ECF.

BY: /s/ Peter S. Leiner
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890
Peter S. Leiner
Peter@jswlawyer.com
Florida Bar No. 104527