UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOWARD COHAN,

    Plaintiff,

v.                                        Case No: 8:14-cv-2987-T-36MAP

NORTH SUNRISE MOTEL II LLC,

    Defendant.
_____/

**ORDER**

Before the Court is the Joint Stipulation Dismissing Action with Prejudice and without Costs or Fees to Either Party (Doc. 13). In accord with the Joint Stipulation Dismissing Action with Prejudice and without Costs or Fees to Either Party, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Stipulation Dismissing Action with Prejudice and without Costs or Fees to Either Party is **APPROVED** (Doc. 13).

    2)    This cause is dismissed, with prejudice.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on May 6, 2015.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record